# FEDERAL PUBLIC DEFENDER

*Southern District of Texas*

Bentsen Tower
1701 W. Business Highway 83, Suite 405
McAllen, Texas   78501

**FEDERAL PUBLIC DEFENDER:**　　　　　　　　　　　　　　　　　Telephone:
　MARJORIE A. MEYERS　　　　　　　　　　　　　　　　　　　　(956) 630-2995

**BRANCH CHIEF:**　　　　　　　　　　　　　　　　　　　　　　　Fax:
　KYLE B. WELCH　　　　　　　　　　　　　　　　　　　　　　　(956) 631-8647

July 18, 2017

ATTENTION:　　　CARMEL RAMIREZ

SUBJECT:　　　　GUILTY PLEA

The following individual is ready to plead guilty.  Please set up for re-arraignment as soon as possible, at the Court's convenience.

M-17-1180-M　　　　　Gerardo Garcia
　　　　　　　　　　　AUSA: David Lindenmuth
　　　　　　　　　　　Deft. P/G
　　　　　　　　　　　Pre-indictment
　　　　　　　　　　　Single Defendant
　　　　　　　　　　　Immigration - 8 U.S.C. § 1324
　　　　　　　　　　　East Hidalgo Detention Center-La Villa

Respectfully,

**s/ Ruben Peña, Jr.**
**RUBEN PEÑA, JR.**
Assistant Federal Public Defender

RP:cac
xc: AUSA: David Lindenmuth